# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Deborah W. Schaefer,<br><br>       Plaintiff,<br><br>v.<br><br>Walgreen Eastern Co. Inc.,<br><br>       Defendant. | Civil Action No. 3:13-cv-01851-JBA |

## STIPULATION OF DISMISSAL OF COMPLAINT

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff Deborah W. Schaefer and Defendants Walgreen Eastern Co., through their counsel, hereby stipulate to the dismissal of the First Amended Complaint with prejudice, without costs or attorneys' fees to any party, and waiving all rights of appeal. All parties have stipulated to this dismissal.

Respectfully submitted,

DEBORAH W. SCHAEFER

By her attorney,

   /s/ *C.G. Kirkman, Jr.* _____
C.G. Kirkman, Jr., her attorney (ct27491)
6 Cove Landing
Old Saybrook, CT 06475
Juris. No. 417338
Telephone (860) 304-6657
e-mail: lawyerman@snet.net

Dated: October 31, 2014

Respectfully submitted,

WALGREEN EASTERN CO., INC.

By its attorneys,

 /s/ *Sean P. O'Connor*_____
Gregory A. Manousos (Federal Bar No. ct29538)
Sean P. O'Connor (Federal Bar No. ct29539)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA  02109
Tel: (617) 523-6666
Fax: (617) 367-3125
gmanousos@morganbrown.com
soconnor@morganbrown.com

Dated: October 31, 2014

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document was filed through the ECF system on this date, and that a true paper copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing by first class mail on the same date.

Dated:  October 31, 2014                       /s/ *C.G. Kirkman, Jr.* _____
                                                          C.G. Kirkman, Jr., her attorney (ct27491)